UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALVIN D. WILLIAMS,<br><br>    Defendant. | CASE NO. CR10-079 RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on November 19, 2010. The United States was represented by AUSA Jim Schacht and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 18, 2005 by the Honorable Vaughan R. Walker, in the Northern District of California (CR05-001) on a charge of Felon in Possession of a Firearm, and sentenced to 54 months custody, 3 years supervised release. (Dkt. 3 pgs 7-9.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug testing and treatment, participate in a mental health program, submit to search, be prohibited from possessing any firearms or ammunition,

abstain from alcohol, cooperate in the collection of DNA, and pay a special assessment. Jurisdiction was transferred to this Court on March 20, 2010. (Dkt. 1.)

In an application dated June 21, 2010 (Dkt.4,5), U.S. Probation Officer Sara K. Moore alleged the following violations of the conditions of supervised release:

1. Failing to participate in substance abuse treatment at Sound Mental Health in violation of the special condition that he participate in a program of testing and treatment for drug and alcohol abuse.

2. Using marijuana on or before June 13, 2010 in violation of standard condition 7.

3. Failing to report for urinalysis testing on June 16, 2010 in violation of the special condition that he participate in a program of testing for drug and alcohol abuse.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been detained.

DATED this 19th day of November, 2010.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable Ricardo S. Martinez
     AUSA:                   Jim Schacht
     Defendant's attorney:   Jennifer Wellman
     Probation officer:      Sara K. Moore

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3